**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1224**

_____

In Re:  RICHARD E. SNYDER,

Debtor.

-------------------------------

RICHARD E. SNYDER,

Appellant,

versus

CAROLYN SWANSON; ROBERT L. SWANSON,

Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(CA-04-1797-1-BEL; BK-99-53312-SD)

_____

Submitted:  June 15, 2005          Decided:  December 27, 2005

_____

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard E. Snyder, Appellant Pro Se.  Walter Winfield Green, LAW
OFFICE OF WALTER WINFIELD GREEN, College Park, Maryland, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard E. Snyder appeals the district court's order affirming the decisions of the United States Bankruptcy Court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Snyder v. Swanson, No. CA-04-1797-1-BEL (D. Md. Feb. 16, 2005. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED